

# Fourth Court of Appeals
## San Antonio, Texas

October 15, 2019

No. 04-19-00706-CV

**IN RE MORNINGSIDE MINISTRIES** d/b/a Morningside Ministries at the Manor

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice
            Beth Watkins, Justice

On October 14, 2019, relator filed a petition for writ of mandamus and a motion for temporary relief pending final resolution of the petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The motion for temporary relief is denied as moot. This court's opinion will issue at a later date.

It is so **ORDERED** on October 15, 2019.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of October, 2019.

LUZ ESTRADA,
Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2018CI23481, styled *Eugene A. Davis, et al. v. Alamo Mobile X Ray & EKG Services, Inc., et al.*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.